UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-00748-WYD-PAC

ROBERT C. BARR and BARBARA S. BARR, for themselves and on behalf of all others similarly situated,

    Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC, a Delaware corporation,
QWEST COMMUNICATIONS CORPORATION, a Delaware corporation,
QWEST USLD COMMUNICATIONS CORPORATION, a Delaware corporation, and
QWEST NETWORK CONSTRUCTION SERVICES, a Delaware corporation,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on Kenneth K. Skogg's Unopposed Motion to Withdraw as Counsel, filed December 1, 2005 (#104) and Karen L. Brody's Unopposed Motion to Withdraw as Counsel, filed December 2, 2005 (#105).  Having reviewed the Unopposed Motions to Withdraw as Counsel for the Qwest Defendants well as the Entry of Appearance of Christopher J. Koenigs and Michael Carroll as counsel for the Defendants, filed November 7, 2005, I find that the requirements of D.C.COLO.L.Civ.R. 83.3(D) have been met regarding the substitution and withdrawal of counsel. Accordingly, it is

ORDERED that Kenneth K. Skogg's Unopposed Motion to Withdraw as Counsel is **GRANTED**.  It is

FURTHER ORDERED that Karen L. Brody's Unopposed Motion to Withdraw as

Counsel is **GRANTED**.

Dated: December 5, 2005

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge