IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No.: 1:01-cv-00748-WYD

ROBERT C. BARR, BARBARA S. BARR, and LAMMCO PROPERTIES, LTD., for themselves and on behalf of all others similarly situated,

    Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation,
QWEST COMMUNICATIONS CORPORATION, a Delaware corporation,
QWEST TRANSMISSION INC., a Delaware corporation,
QWEST USLD COMMUNICATIONS CORPORATION, a Delaware corporation, and
QWEST NETWORK CONSTRUCTION SERVICES, a Delaware corporation,

    Defendants.

_____

**ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION TO REOPEN CASE FOR PURPOSES OF SETTLEMENT**

This matter comes before the Court on Plaintiffs' Unopposed Motion to Reopen Case for Purposes of Settlement (ECF No. 109). In the motion, Plaintiffs request that I reopen this administratively closed matter for the purpose of allowing the presentation of a settlement of all claims at issue on behalf of a class of Colorado landowners.

After carefully reviewing the file in this matter and based on information contained in the pending motion, I find that the motion to reopen should be granted for good cause pursuant to D.C.COLO.LCivR 41.2. Accordingly, it is

ORDERED that Plaintiffs' Unopposed Motion to Reopen Case for Purposes of Settlement (ECF No. 109) is **GRANTED.** This matter shall be reopened for the limited purpose of settlement. Should the parties wish to proceed on any aspect of the case other than settlement, leave must be granted by the Court.

-2-

Dated:  December 21, 2011

                              BY THE COURT:

                              <u>s/ Wiley Y. Daniel</u>
                              Wiley Y. Daniel
                              Chief United States District Judge