IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-00748-WYD-KLM

ROBERT C. BARR,
BARBARA S. BARR, and
LAMMCO PROPERTIES, LTD., for themselves and on behalf of all others similarly situated,

      Plaintiffs,

v.

QWEST COMMUNICATIONS INTERNATIONAL, INC., a Delaware corporation,
QWEST COMMUNICATIONS CORPORATION, a Delaware Corporation,
QWEST TRANSMISSION INC., a Delaware corporation,
QWEST USLD COMMUNICATIONS CORPORATION, a Delaware corporation,
QWEST NETWORK CONSTRUCTION SERVICES, a Delaware corporation,

      Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiffs' **Notice of Motion and Motion to Amend Second Amended Statewide Class Action Complaint** [Docket No. 112; Filed February 22, 2012] (the "Motion to Amend"). On January 24, 2005, this matter was administratively closed. *Order* [#99]. On December 14, 2011, Plaintiffs filed an unopposed motion requesting that the Court reopen this matter for the purpose of settlement. *Motion to Reopen Case* [#109]. Plaintiffs notified the Court at that time that they also intended to seek leave to amend their Second Amended Statewide Class Action Complaint [#37]. The Court granted the Motion to Reopen on December 21, 2011. *Order* [#110]. With this Motion to Amend, Plaintiffs seek to add several additional Plaintiffs, several additional Defendants, and a second basis for the Court's subject-matter jurisdiction. *Motion to Amend* [#112] at 2-3. Plaintiffs aver that permitting this amendment will facilitate the parties' settlement. *See id.* at 2; *see also Motion to Reopen Case* [#109] at 4. Defendants agree and are unopposed to the proposed amendments. *See Pl.'s Ex. B* [#112-2] at 1. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion to Amend [#112] is **GRANTED**.

      IT IS FURTHER **ORDERED** that the Clerk of Court shall accept Plaintiffs' Third Amended Statewide Class Action Complaint [#112-1] for filing as of the date of this Order.

Dated: February 23, 2012