IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-00748-WYD-KLM

ROBERT C. BARR,
BARBARA S. BARR,
LAMMCO PROPERTIES, LTD.,
VINCENT J. POTESTIO,
CAROL A. POTESTIO,
KENNETH J. SCHWEIZER,
ARLENE J. SCHWEIZER, and
ORIN LOOS, for themselves and on behalf of all others similarly situated,

    Plaintiffs,

v.

QWEST COMMUNICATIONS COMPANY LLC, a Delaware limited liability company,
SPRINT COMMUNICATIONS COMPANY, L.P., a Delaware limited partnership,
LEVEL 3 COMMUNICATIONS LLC, a Delaware limited liability company, and
WILTEL COMMUNICATIONS, LLC, a Delaware limited liability company,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Notice of Motion and Motion to Amend Third Amended Statewide Class Action Complaint** [Docket No. 117; Filed March 2, 2012] (the "Motion to Amend"). On January 24, 2005, this matter was administratively closed. *Order* [#99]. On December 14, 2011, Plaintiffs filed an unopposed motion requesting that the Court reopen this matter for the purpose of settlement. *Motion to Reopen Case* [#109]. Plaintiffs notified the Court at that time that they also intended to seek leave to amend their Second Amended Statewide Class Action Complaint [#37]. The Court granted the Motion to Reopen on December 21, 2011. *Order* [#110]. On February 23, 2012, the Court granted Plaintiffs' Motion to Amend Second Amended Statewide Class Action Complaint [#112]. *See Minute Order* [#115]. Plaintiffs filed this Motion to Amend on March 2, 2012. Defendants are unopposed to the proposed amendments. *See Pl.'s Ex. A* [#117-1]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion to Amend [#117] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of Court shall accept Plaintiffs' Fourth Amended Statewide Class Action Complaint [#117-2] for filing as of the date of this Order.

    Dated: March 5, 2012