IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-00748-WYD-KLM

ROBERT C. BARR,
BARBARA S. BARR, and
LAMMCO PROPERTIES, LTD.,
VINCENT J. POTESTIO,
CAROL A. POTESTIO,
KENNETH J. SCHWEIZER,
ARLENE J. SCHWEIZER, and
ORIN LOOS, for themselves and on behalf of all others similarly situated,

    Plaintiffs,

v.

QWEST COMMUNICATIONS COMPANY LLC, a Delaware limited liability company,
SPRINT COMMUNICATIONS COMPANY, L.P., a Delaware limited partnership,
LEVEL 3 COMMUNICATIONS LLC, a Delaware limited liability company, and
WILTEL COMMUNICATIONS, LLC, a Delaware limited liability company,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for an Order Regarding Defendants' Responses to Plaintiffs' Complaint** [Docket No. 140; Filed April 18, 2012] (the "Motion"). In consideration of the Joint Motion for Certification of Settlement Class, Preliminary Approval of Class-Action Settlement, and Approval of Form and Manner of Notice [#138; Filed April 13, 2012], currently pending before the District Judge,

    IT IS HEREBY **ORDERED** that the Motion [#140] is **GRANTED**. Defendants need not answer or otherwise respond to Plaintiffs' Fourth Amended Statewide Class Action Complaint unless and until the Court directs them to do so. Accordingly,

    IT IS FURTHER **ORDERED** that the Answer Deadlines currently pending are **VACATED** and shall be reset, if necessary, after resolution of the Joint Motion for Certification of Settlement Class, Preliminary Approval of Class-Action Settlement, and Approval of Form and Manner of Notice [#138].

    Dated: April 19, 2012