IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:01-cv-00748-WYD-KLM

ROBERT C. BARR and BARBARA S. BARR,
LAMMCO PROPERTIES, LTD., a Colorado corporation,
KENNETH J. SCHWEIZER and ARLENE J. SCHWEIZER,
VINCENT J. POTESTIO and CAROL A. POTESTIO, and
ORIN LOOS, for themselves and on behalf of all others similarly situated,

    Plaintiffs,

v.

QWEST COMMUNICATIONS COMPANY, LLC, a Delaware limited liability company,
SPRINT COMMUNICATIONS COMPANY L.P., a Delaware limited partnership,
LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company, and
WILTEL COMMUNICATIONS, LLC, a Delaware limited liability company,

    Defendants.

### ORDER ALLOWING NON-COMPLIANT EXCLUSION REQUESTS
### AND CONFIRMING ALL EXCLUSIONS

Upon consideration of Plaintiffs' Unopposed Motion to Allow Non-Compliant Exclusion Requests (ECF No. 155) and for good cause shown, the motion is **GRANTED.** It is hereby ORDERED that the following exclusions are allowed and that each person listed below and all other persons who own or have owned a listed parcel of property are excluded from the Settlement Class:

| Property Owner | Exclusion Requested By | Tax Parcel ID | County |
|---|---|---|---|
| David S. Supperstein | David S. Supperstein | 6418222008 | El Paso |
| David S. Supperstein | David S. Supperstein | 6418222007 | El Paso |
| Mel Eskanos | David S. Supperstein | 5606400014 | El Paso |
| Bruce A. & Katherine A. Tenenbaum | Bruce A. & Katherine A. Tenenbaum | 146336000010 | Boulder |

| Property Owner | Exclusion Requested By | Tax Parcel ID | County |
|---|---|---|---|
| Richard S. & Jean F. Hlasnicek | Richard S. & Jean F. Hlasnicek | 92038001026 | Washington |
| Kenneth E. Fetzer | Richard S. & Jean F. Hlasnicek | 92038001026 | Washington |
| Cordillera Corp. | Barton Brundage | 182135010015 | Adams |
| Cordillera Corp. | Barton Brundage | 182135010001 | Adams |
| Cordillera Corp. | Barton Brundage | 182135010014 | Adams |
| Cordillera Corp. | Barton Brundage | 0182134000099 | Adams |
| Cordillera Corp. | Barton Brundage | 01821342160 02 | Adams |
| Larkspur Prop. | Joe Maskalenko | 260728200001 | Douglas |
| Perry Park Water & Sanitation Dist. | Joe Maskalenko | 260728200001 | Douglas |

It is further ORDERED that no further non-compliant exclusion requests will be allowed, in the absence of a showing that the failure to comply with applicable exclusion request requirements is beyond the control of the person seeking exclusion and that no other person is prejudiced by the non-compliance.

It is further ORDERED that the persons listed in Exhibit B ("Colorado Exclusion Requests," attached hereto) to Plaintiffs' Unopposed Motion to Allow Non-Compliant Exclusion Requests and all other persons who own or have owned a listed parcel of property are excluded from the Class.

Dated:  January 11, 2013

                                                  BY THE COURT:

                                                  s/ Wiley Y. Daniel
                                                  Honorable Wiley Y. Daniel
                                                  Senior United States District Judge

# EXHIBIT B

**Colorado Exclusion Requests**

| Property Owner | Exclusion Requested By | Tax Parcel ID | County |
|---|---|---|---|
| Donald E. & Marietta F. Chapman | Donald E. & Marietta F. Chapman | 157508113002 | Boulder |
| Max & Marion Shivley | Max, Marjorie, & Mark Shivley | W000042 | Yuma |
| Max & Marion Shivley | Max, Marjorie, & Mark Shivley | W000042 | Yuma |
| Max & Marion Shivley | Max, Marjorie, & Mark Shivley | W000043 | Yuma |
| Marion & Marjorie Shivley LE | Max, Marjorie, & Mark Shivley | W000042 | Yuma |
| Marion & Marjorie Shivley LE | Max, Marjorie, & Mark Shivley | W000042 | Yuma |
| Marion & Marjorie Shivley c/o Max Shivley | Max, Marjorie, & Mark Shivley | W000037 | Yuma |
| Marion & Marjorie Shivley c/o Max Shivley | Max, Marjorie, & Mark Shivley | W000037 | Yuma |
| Marion & Marjorie Shivley c/o Max Shivley | Max, Marjorie, & Mark Shivley | W000037 | Yuma |
| Marion & Marjorie Shivley c/o Max Shivley | Max, Marjorie, & Mark Shivley | W000037 | Yuma |
| Mark & Max Shivley | Max, Marjorie, & Mark Shivley | W000040 | Yuma |
| Marion & Marjorie Shivley c/o Max Shivley | Max, Marjorie, & Mark Shivley | W000042 | Yuma |
| Marion & Marjorie Shivley c/o Max Shivley | Max, Marjorie, & Mark Shivley | W000042 | Yuma |
| Max Lee Shivley | Max, Marjorie, & Mark Shivley | W000043 | Yuma |
| Marie I. & Frank J. Sauer LE | Kenneth Sauer | 096129223016 | Weld |
| David S. Supperstein | David S. Supperstein | 6418222008 | El Paso |
| David S. Supperstein | David S. Supperstein | 6418222007 | El Paso |
| Mel Eskanos | David S. Supperstein | 5606400014 | El Paso |
| Randy & Sherri Schlegel | Randy & Sherri Schlegel | 168513400050 | Eagle |
| Nelson E. & Jeri W. Brown | Nelson E. & Jeri W. Brown | 158127400363 | Gilpin |
| Nelson E. & Jeri W. Brown | Nelson E. & Jeri W. Brown | 158127400012 | Gilpin |
| Nelson E. & Jeri W. Brown | Nelson E. & Jeri W. Brown | 158127400362 | Gilpin |
| Martha C. Hubert | Nelson E. & Jeri W. Brown | 158127400363 | Gilpin |
| Martha C. Hubert | Nelson E. & Jeri W. Brown | 158127400012 | Gilpin |
| Martha C. Hubert | Nelson E. & Jeri W. Brown | 158127400362 | Gilpin |

| Property Owner | Exclusion Requested By | Tax Parcel ID | County |
|---|---|---|---|
| Bruce A. & Katherine A. Tenenbaum | Bruce A. & Katherine A. Tenenbaum | 146336000010 | Boulder |
| Doris M. Brown, Trustee | Douglas A. Brown, Trustee | 158733301016 | Grand |
| Cargill Inc. | Beth Huizinga, Paralegal | 0224121007000 | Denver |
| Excel Corp. | Beth Huizinga, Paralegal | 1229-050-00-028 | Morgan |
| Weakland Investments LLC | Beth Huizinga, Paralegal | 0224121007000 | Denver |
| Hill Industries LLC | Beth Huizinga, Paralegal | 1229-050-00-028 | Morgan |
| Nellie P. Price Liv. Tr. | Sterling Kenneth Price | 147105210007 | Weld |
| Nellie P. Price Liv. Tr. | Sterling Kenneth Price | 147105210008 | Weld |
| Lobo LLC | Alan Gillan | 0182508211002 | Adams |
| Richard S. & Jean F. Hlasnicek | Richard S. & Jean F. Hlasnicek | 92038001026 | Washington |
| Kenneth E. Fetzer | Richard S. & Jean F. Hlasnicek | 92038001026 | Washington |
| Cordillera Corp. | Barton Brundage | 182135010015 | Adams |
| Cordillera Corp. | Barton Brundage | 182135010001 | Adams |
| Cordillera Corp. | Barton Brundage | 182135010014 | Adams |
| Cordillera Corp. | Barton Brundage | 0182134000099 | Adams |
| Cordillera Corp. | Barton Brundage | 0182134216002 | Adams |
| Larkspur Prop. | Joe Maskalenko | 260728200001 | Douglas |
| Perry Park Water & Sanitation Dist. | Joe Maskalenko | 260728200001 | Douglas |
| Robert D. Cranwell | Robert D. Cranwell | 147105217002 | Weld |
| James E. & Pamela J. Bustamante | James E. & Pamela J. Bustamante | 130932306013 | Weld |
| Miramonte Limited Liability Company | Arthur H. Bosworth II, Attorney | 157931000001 | Boulder |
| Miramonte LLC | Arthur H. Bosworth II, Attorney | 157931000001 | Boulder |
| Miramonte LLC | Arthur H. Bosworth II, Attorney | 157931000001 | Boulder |
| Suzanne M. Hillas | Arthur H. Bosworth II, Attorney | 157931000001 | Boulder |
| TRT NOIP E 28 Aurora LLC | JJ Asarch | 0182128010010 | Adams |
| Istar HQ I LP | JJ Asarch | 0182128010010 | Adams |

| Property Owner | Exclusion Requested By | Tax Parcel ID | County |
|---|---|---|---|
| Badge LLC | Gerald Schramek | 5531103001 | El Paso |
| Intermountain Rural Elec. Assoc. | Amy M. Watson | 250515000033 | Douglas |
| Intermountain Rural Elec. Assoc. | Amy M. Watson | 250503400005 | Douglas |
| Intermountain Rural Elec. Assoc. | Amy M. Watson | 250503400006 | Douglas |
| Russell L. & Donna R. Skinner | Amy M. Watson | 250515000033 | Douglas |
| Marilyn F. Eisele | Marilyn F. Eisele | 250527000001 | Douglas |
| Randall E. & Gena M. Muir | Randall E. Muir | 157932000061 | Boulder |
| Gordon A. Paulsen as LF | Chris Paulsen | 29-251-11-017 | Jefferson |